# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LOURDES GARCIA,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>MERCURY CASUALTY COMPANY, et al.,<br><br>　　　　　　　　Defendants. | Case No. 2:16-cv-01658-JCM-NJK<br><br>ORDER |

　　　　Defendant appeared in this action on July 13, 2016, Docket No. 1, but has failed to file a certificate of interested parties as required by Federal Rule of Civil Procedure 7.1 and Local Rule 7.1-1. Accordingly, the Court expressly ordered Defendant to file a certificate of interested parties no later than July 20, 2016.  Docket No. 3.  To date, Defendant has not complied with that order.

　　　　Accordingly, Defendant and its counsel shall show cause in writing, **no later than August 4, 2016,** why sanctions should not be imposed in a court fine of up to $500.  Filing the Certificate of Interested Parties on or before August 4, 2016, will satisfy the Court that sanctions are not warranted, and no further response to this order to show cause will be required.

　　　　IT IS SO ORDERED.

　　　　DATED: July 28, 2016

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　NANCY J. KOPPE
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge