# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

LOURDES GARCIA,

        Plaintiff(s),

vs.

MERCURY CASUALTY COMPANY, et al.,

        Defendant(s).

Case No. 2:16-cv-01658-JCM-NJK

ORDER

Pending before the Court is a proposed discovery plan, Docket No. 9, which is hereby **DENIED**. *See* Local Rule 26-1(b)(1) (discovery plans must calculate the number of days sought for discovery from the date of the first defendant's answer or other appearance, not from the Rule 26(f) conference); *id.* (the presumptively reasonable discovery period is 180 days from the date of the first defendant's answer or other appearance). A discovery plan that complies with the local rules shall be filed by September 20, 2016.

IT IS SO ORDERED.

DATED: September 16, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge